```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 07 B 08022
   REUBEN HAROLD SMITH
                                               CHAPTER 13

                                               JUDGE: JACQUELINE P COX

          Debtor
   SSN XXX-XX-0385


----------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
----------------------------------------------------------------------------
     The case was filed on 05/02/2007 and was not confirmed.

     The case was dismissed without confirmation 07/30/2007.
----------------------------------------------------------------------------
CREDITOR NAME               CLASS         CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
----------------------------------------------------------------------------
CITY OF CHICAGO PARKING     UNSECURED       8836.84           .00            .00
COMMONWEALTH EDISON         UNSECURED       1064.60           .00            .00
RUSH UNIVERSITY MEDICAL     UNSECURED      NOT FILED          .00            .00
B-REAL LLC                  UNSECURED        405.75           .00            .00
ST MARGARET MERCY HEALTH    UNSECURED      NOT FILED          .00            .00
TCF BANK                    UNSECURED      NOT FILED          .00            .00
CAVALRY PORTFOLIO SERVIC    UNSECURED        551.58           .00            .00
JILL ROSE QUINN             DEBTOR ATTY        .00                           .00
TOM VAUGHN                  TRUSTEE                                          .00
DEBTOR REFUND               REFUND                                           .00

          Summary of Receipts and Disbursements:
----------------------------------------------------------------------------
                       RECEIPTS              DISBURSEMENTS
----------------------------------------------------------------------------
TRUSTEE                    .00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                                  .00
DEBTOR REFUND                                         .00
                     ---------------      ---------------
TOTALS                     .00                        .00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 10/18/07 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |

                                        PAGE   2
         CASE NO. 07 B 08022 REUBEN HAROLD SMITH